### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **WILLARD LEWIS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO. 5:16-CV-01217** |
| § | |
| **ALLSTATE INDEMNITY COMPANY,** § | |
| § | |
| Defendant. § | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiffs **WILLARD LEWIS** and Defendant **ALLSTATE INDEMNITY COMPANY** hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Stipulation of Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

Respectfully submitted,

*/s/ R. Tate Gorman*
R. Tate Gorman
State Bar No. 24032360
tgorman@thompsoncoe.com
Roger D. Higgins
State Bar No. 09601500, IL 6182756
Southern District No. 33282
rhiggins@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Telecopy: (214) 871-8209
**ATTORNEYS FOR DEFENDANT
ALLSTATE INDEMNITY COMPANY**

AGREED:

*/s/ Kevin S. Baker*
Kevin S. Baker
State Bar No. 24082184
Brennan M. Kucera
State Bar No. 24076491
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
Facsimile: (210) 490-8372
kevin@krwlawyers.com
brennan@krwlawyers.com

**ATTORNEYS FOR PLAINTIFF**

*Signed with Permission*

## CERTIFICATE OF SERVICE

This is to certify that on October 16, 2017, a true and correct copy of this document was served to all Counsel of Record pursuant to the Federal Rules of Civil Procedure:

Kevin S. Baker
kevin@krwlawyers.com
Brennan M. Kucera
brennan@krwlawyers.com
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Fax:     210.490.8372

>   */s/ R. Tate Gorman*
>   R. Tate Gorman

**AGREED STIPULATION OF DISMISSAL – Page 2**
2799186v1
03646.894